FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
 JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, March 25, 2015

Re:  PERAZA, OSMIN
**CCA No.**  PD-0101-15                    **COA No.** 01-12-00691-CR
**Trial Court Case No.**  1305439

On this day, the State's petition for discretionary review has been granted.  The Court has ordered that the State's brief be filed with this Court within **15 days**.  The appellant's brief is due 15 days after the filing of the State's brief.  No extensions of time will be entertained.

Sincerely,

Abel Acosta, Clerk

SUPREME COURT BUILDING, 201 WEST 14TH STREET, ROOM 106, AUSTIN, TEXAS 78701
WEBSITE  WWW.TXCOURTS.GOV/CCA.ASPX